952

No. 97–470. BIGGINS *v.* HAZEN PAPER CO. ET AL. C. A. 1st Cir. Certiorari denied.

No. 97–477. MICHALOWSKI *v.* NEW JERSEY DEPARTMENT OF LABOR, BOARD OF REVIEW. Super. Ct. N. J., App. Div. Certiorari denied.

No. 97–480. ROOT ET AL. *v.* BOLLMAN HAT CO., SPONSOR OF THE BOLLMAN HAT COMPANY HEALTH AND WELFARE BENEFITS PLAN. C. A. 3d Cir. Certiorari denied.

No. 97–483. CROSS *v.* NICHOLS ET AL. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 97–490. CURASI *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–496. ADAMS FORD BELTON, INC. *v.* MISSOURI MOTOR VEHICLE COMMISSION ET AL. Sup. Ct. Mo. Certiorari denied.

No. 97–500. ZELMA, ON BEHALF OF SHAWNE L. FOR THE APPOINTMENT OF A GUARDIAN AD LITEM *v.* MCLEOD ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–506. ULRICH *v.* ST. PAUL RAMSEY HOSPITAL ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–509. CERWINSKI *v.* INSURANCE SERVICES OFFICE, INC. C. A. 2d Cir. Certiorari denied.

No. 97–513. FRY *v.* ALLERGAN MEDICAL OPTICS. Sup. Ct. R. I. Certiorari denied.

No. 97–517. HAEGER *v.* EDMOND ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–519. BAK *v.* RUNYON, POSTMASTER GENERAL. C. A. 9th Cir. Certiorari denied.

No. 97–531. AVAITECA, S. A. *v.* ROMAN ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–534. WHEELER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.